*IT IS SO ORDERED*

*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA EVANS, | CASE NO. CV11-06271-JW |
| Plaintiff, | **ORDER CONTINUING MEDIATION COMPLETION DEADLINE** |
| vs. | Judge: James Ware |
| BANK OF AMERICA CORPORATION LONG TERM DISABILITY PLAN, | Courtroom: 9 |
| Defendant. | Complaint filed: 12/13/2011 |

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1  In light of the Stipulation submitted to this Court, and good cause being shown, it is
2  hereby ordered that:
3  The mediation completion date is continued to September 2, 2012.

**ORDER**

**IT IS SO ORDERED.**

Dated:  June 5, 2012                    _____
                                        The Honorable James Ware

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

---
1
ORDER CONTINUING MEDIATION COMPLETION DEADLINE