UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

YOLANDA EVANS,
       Plaintiff,

   v.

BANK OF AMERICA CORPORATION
LONG TERM DISABILITY PLAN,
       Defendant.
_____/

No. C 11-6271 JW

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:      July 31, 2012
Mediation:  Robert Schwartz

     IT IS HEREBY ORDERED that the request to excuse both parties from personal attendance at the July 31, 2012, mediation session before Robert Schwarts is GRANTED. Mr. Schwartz shall conduct the mediation telephonically, and all parties shall be available and on the line to participate at all times unless or until excused by the mediator in accordance with ADR L.R. 6-10(f). However, if the mediator determines that the telephonic appearance by the individuals is interfering with the mediation process, the mediator may decide to terminate the telephonic appearances and set a new mediation date with personal appearances required.

     IT IS SO ORDERED.

July 18, 2012              By:       _____
Dated                                            Donna M. Ryu
                                                    United States Magistrate Judge

GRANTED
Judge Donna M. Ryu

UNITED STATES DISTRICT COURT
For the Northern District of California