IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YOLANDA EVANS,

    Plaintiff,

v.

BANK OF AMERICA CORPORATION LONG TERM DISABILITY PLAN,

    Defendant.

No. C 11-06271 WHA

**ORDER RE "SETTLEMENT IN PRINCIPLE"**

    The Court acknowledges and thanks the parties for their notice of a "settlement in principle" of the captioned matter but must **DENY** the stipulation to stay all proceedings or to continue trial and related deadlines until a settlement agreement is memorialized. It has been this judge's experience that settlements in principle have a way of cratering the longer the trial and pretrial deadlines are delayed.

**IT IS SO ORDERED.**

Dated: January 8, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE