IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YOLANDA EVANS,

    Plaintiff,

  v.

BANK OF AMERICA CORPORATION
LONG TERM DISABILITY PLAN,

    Defendant.

No. C 11-06271 WHA

**ORDER RE NOTICE
OF SETTLEMENT**

The Court acknowledges and thanks the parties of their notice of settlement in the captioned matter but again cautions that *all* deadlines remain active and in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: March 11, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE